IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 4:12CR40004-001 |
| | ) | |
| LARRY DONELL TURNER | ) | |

## ORDER OF DISMISSAL

Now on this same day came on for consideration the United States' Motion to Dismiss pursuant to Rule 48(a), Federal Rules of Criminal Procedure, and upon consideration of the same, the Court is of the opinion that same Motion should be granted.

NOW THEREFORE, it is ordered that the Indictment filed in the above-entitled and numbered cause on January 25, 2012, be on the same day hereby dismissed without prejudice.

Entered on this 21st day of June, 2013.

HONORABLE HARRY F. BARNES
UNITED STATES DISTRICT JUDGE

U.S. DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED

JUN 2 1 2013

CHRIS R. JOHNSON, CLERK
BY
　　　DEPUTY CLERK